FILED 14 AUG '19 10:48 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:19-cr-00356-MO |
| v. | INDICTMENT |
| OSCAR ADRIAN MARQUEZ, | 18 U.S.C. §§ 2262(a)(1) & 2265A |
| Defendant. | |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Interstate Violation of Protection Order)
(18 U.S.C. § 2262(a)(1))

From an unknown date until on or about July 29, 2019, in the District of Oregon and elsewhere, defendant **OSCAR ADRIAN MARQUEZ**, traveled in interstate commerce with the intent to engage in conduct that would violate the portion of a protection order issued on October 17, 2014, in the Second Judicial District of Bernalillo County, New Mexico, that provided protection against violence, threats and harassment against Adult Victim 1 ("AV1"), and prohibited **OSCAR ADRIAN MARQUEZ** from, among other things: contacting and communicating with AV1, "repeatedly driving by" AV1's residence, and being within 100 yards

**Indictment**                                                                                                      **Page 1**

of AV1's residence; and **OSCAR ADRIAN MARQUEZ** did subsequently engage in such conduct;

In violation of Title 18, United States Code, Section 2262(a)(1).

### RECIDIVIST ALLEGATIONS

Before on or about July 29, 2019, defendant **OSCAR ADRIAN MARQUEZ** incurred at least one domestic violence or stalking offense in the State Courts of New Mexico, making him eligible for an enhanced term of imprisonment as provided in Title 18, United States Code, Section 2265A upon a conviction for Count 1 of this Indictment.

Dated: August 13, 2019.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney


THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney